UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

JUL 18 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

CRIMINAL NO. 1:06CR32

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **CONSENT ORDER AND** |
| KENT DANIEL WILLIAMS ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| Defendant. ) | |

BASED UPON the terms of the plea agreement between the United States of America and defendant, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the defendant has pled guilty and that the defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §924(d), 18 U.S.C. §982, 21 U.S.C. §853, 26 U.S.C. §5872, and/or 28 U.S.C. §2461(c):

    a.    <u>Real Property</u>
Located at 51 Merchants Street, Asheville, North Carolina, in Buncombe County, and described in a Deed at Book 1839, Page 674, of the Buncombe County, North Carolina, Public Registry.

    b.    <u>Firearms</u>
      1. Professional Ordnance Inc., Carbon 15, 5.56 caliber rifle, SN: CO4387.
      2. Winchester, 9422m, .22 caliber rifle, SN: F750452.
      3. Cugir Romania, SKS, 7.62 x 39 caliber rifle, SN: GN2012.
      4. Norinco, Mak 90 Sporter, 7.62 x 69 caliber rifle, SN: 9450320.
      5. Winchester, Model 94, 30-30 caliber rifle, SN: 94132083.
      6. Norinco, Model Mak 90 Sporter, 7.62x69 caliber rifle, SN: 94132083.
      7. Remington, Model 700, .222 caliber rifle, SN: E6442201.
      8. Winchester, Model 1300, 12 gauge shotgun, SN: L3304882.
      9. Ruger Model 10-22, .22 caliber rifle, SN: 110-85852.
      10. Winchester, Model 37A, 12 gauge shotgun, SN: C578573.
      11. Remington, Model 700, 338 Ultra magnum rifle, SN: E6620029.
      12. Felix Kohlen, Model unknown, 20 gauge shotgun, SN: 4905.
      13. Stevens, double-barreled, 12-gauge short-barreled shotgun, SN: 5100.
      14. Remington, Model 700, 300 magnum rifle, SN: S6492478.
      15. Remington, Model 700, .270 Winchester caliber rifle, SN: E6502761.
      16. Winchester, Model 70 XTR, 30.06 caliber rifle, SN: G1371467.

17. Remington, Model 700, 30.06 caliber rifle, SN: C6485502.
18. Remington, Model 700, 30.06 caliber rifle, SN: 6312479.
19. Mossberg / Maverick 129, Model 88, 12 gauge shotgun, SN: MV51432H.
20. Moisim-Nagt, 7.62x54 caliber rifle, SN: 77488.
21. Remington, Model 1187-129, 12 gauge shotgun, SN: PC704068.
22. Remington, Model 1100, 12 gauge shotgun, SN: 55676SW.
23. Remington, Model 870 Super Magnum, 12 gauge shotgun, SN: C599474A.
24. Sears, Model 129, 12 gauge shotgun, SN: A251376.
25. Remington, Model 1100, 12 gauge shotgun, SN: R155565V.
26. Remington, Model 550, .22 caliber rifle, SN: K229.
27. Long beach, unknown caliber rifle, SN: 46L0390.
28. Ruger, over/under, 28 gauge shotgun, SN: 420-13205.
29. Remington, Model 1100, 410 gauge shotgun, SN: R166843H.
30. Colt, Model: SBI Agent (1 of 200), .45 caliber revolver, SN: SA37990.
31. Smith & Wesson, Model 500, .50 caliber revolver, SN: BCE7605.
32. Smith & Wesson, Model 500, .50 caliber revolver, SN: CHT6323.
33. Rogue, Model Chipmunk, .22 rifle, SN: 79895.
34. W H Cashmore, Double barreled, 12 gauge shotgun, SN: 8507.
35. Remington, Model 514, .22 caliber rifle, SN: None.
36. Charles Daley, .45 caliber pistol, SN: C0012942.
37. Empire Ejector, 16 gauge shotgun, SN: 707343.
38. Winchester, Model 37, 20 gauge shotgun, SN: None.
39. Ruger, Model 77, .17 caliber rifle, SN: 702-84015.
40. Harrington & Richardson, Model 88, 20 gauge shotgun, SN: AU631425.
41. Remington, Model 870 Wingmaster, 16 gauge shotgun, SN: 513467W.
42. Ruger, Model 77, .17 caliber rifle, SN: 702-83269.
43. Ruger, Model Mini 14, 7.62 X 39 caliber rifle, SN: 196-09844.
44. Remington, Model 1100, 12 gauge shotgun, SN: M620209V.
45. Ruger, Model Mini 14, 7.62 X 39 caliber rifle, SN: 189-99118.
46. High Standard, .22 magnum pistol, SN: D80158.
47. Remington, Model 1100, 410 gauge shotgun, SN: R191427H.
48. Glock, Model 23, .40 caliber pistol, SN: GPX-376.
49. Glock, Model 27, .40 caliber pistol, SN: GDH-167.
50. Ruger, Model 77, .22 caliber rifle, SN: 702-62501.
51. Unknown make, SN: LM672.

2. The United States Marshal and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described tangible property;

3. Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this forfeiture as required by law;

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest;

5. Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order and judgment of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. §924(d), 18 U.S.C. §982, 21 U.S.C. §853, 26 U.S.C. §5872, and/or 28 U.S.C. §2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

_____
DON GAST
Assistant United States Attorney

_____
KENT DANIEL WILLIAMS
Defendant

_____
MAX O. COGBURN, JR.
Attorney for Defendant

This the 18th day of July, 2007

_____
LACY THORNBURG
UNITED STATES DISTRICT COURT JUDGE

3